**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEMETRIUS BAILEY, | ) |
| | ) 2:07cv1122 |
| Plaintiff, | ) Electronic Filing |
| | ) |
| v. | ) Judge Cercone |
| | ) Magistrate Judge Caiazza |
| DAVID WAKEFIELD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Demetrius Bailey's Petition for Writ of Habeas Corpus was
received by the Clerk of Court on August 15, 2007, and was
referred to United States Magistrate Judge Francis X. Caiazza for
pretrial proceedings in accordance with the Magistrates Act, 28
U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local
Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on
November 19, 2007, recommended that the Petition for Writ of
Habeas Corpus filed by Petitioner Bailey be dismissed as a second
or successive petition which requires prior approval from the
Court of Appeals. The parties were allowed ten days from the
date of service to file objections. Bailey filed objections on
December 3, 2007.

After de novo review of the pleadings and documents in the
case, together with the Report and Recommendation and the
objections thereto, the following order is entered:

AND NOW, this _____ day of January, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Demetrius Bailey is dismissed and a Certificate of Appealability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 18), dated November 19, 2007, is adopted as the opinion of the court.

_____
David Stewart Cercone
United States District Judge


cc:  DEMETRIUS BAILEY
     CP-7819
     SCI Forest
     P.O. Box 945
     Marienville, PA 16239

     Ronald M. Wabby, Jr., Esquire
     Office of the District Attorney
     401 Allegheny County Courthouse
     Pittsburgh, PA 15219